FILED: October 29, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4352

(2:12-cr-00025-MR-DLH-2)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ESCOVIO RIOS, a/k/a Chavo

      Defendant - Appellant

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 870 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk